**95–1906.** State v. Knisely. *Huron County*, No. H–94–044. On review of order certifying a conflict and motion to expedite. The court determines that a conflict exists on the following issue stated in the court of appeals' Decision and Judgment Entry dated September 5, 1995: "The issue presented is whether the summary administrative license suspension provided for in R.C. 4511.191(D)(1)(a) violates

the licensee's right to procedural due process as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and Section 16, Article I of the Ohio Constitution."

*Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

RESNICK, J., not participating.